```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| v. | : | Criminal No. 11-768 (JLL) |
| MARK MANASSE, a/k/a "M-Easy," | : | |
| BRADNEY MANASSE, a/k/a "Ice," | : | **ORDER** |
| JOVANY CLERMONT, a/k/a "Rims," | : | |
| DAVID GLASS, a/k/a "Grim," | : | |
| CHENETE PHILEMON, a/k/a "Jumanji," | : | |
| LEVELSTON GEORGES, | : | |
| and PHILEMON PIERRE-SAINT, a/k/a "Butter" | : | |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Michael H. Robertson, Assistant U.S. Attorney, appearing) and defendants MARK MANASSE, a/k/a "M-Easy" (Kathleen M. Theurer, Esq., appearing), JOVANY CLERMONT, a/k/a "Rims" (Anthony C. Mack, Esq., appearing), DAVID GLASS, a/k/a "Grim" (James C. Patton, Esq., appearing), CHENETE PHILEMON, a/k/a "Jumanji" (Linwood A. Jones, Esq., appearing), LEVELSTON GEORGES (Joseph R. Rubino, Esq., appearing), and PHILEMON PIERRE-SAINT, a/k/a "Butter" (E. Alexander Jardines, Esq., appearing) and good cause having been shown, the Court makes the following findings:

  1. The charges in this case are the result of a lengthy investigation, and the discovery involves a voluminous amount of discovery, including hundreds of audio recordings (some

of which are in a foreign language) that will require adequate time to prepare;

    2.    Taking into account the exercise of diligence, therefore, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

    3.    Additionally, plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render trial of this matter unnecessary;

    4.    As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this 7th day of September, 2012

ORDERED that this action be, and hereby is, continued until February 4, 2013; and it is further

ORDERED that defense shall file pre-trial motions on or before November 19, 2012; and it is further

ORDERED that the Government shall file any response and additional motions on or before December 3, 2012; and it is further

ORDERED that defense shall file any reply to the Government's response and motions on or before December 10, 2012;

-2-

and it is further

ORDERED that the Court shall set a date for oral argument on all pre-trial motions filed; and it is further

ORDERED that any motions in limine shall be filed by both the defense and the Government on or before January 24, 2012; and it is further

ORDERED that the Government shall provide to the Court a written statement of the case and overview of the Indictment on or before January 24, 2012; and it is further

ORDERED that this action be, and hereby is, continued until February 4, 2013, and the period between and including September 5, 2012 through February 4, 2013, shall be excluded time under the Speedy Trial Act of 1974, Title 18, United States Code, Section 3161(h)(7); and it is further

ORDERED that the trial in this matter shall commence on February 4, 2013 at 10:00 a.m.

_____
Honorable Jose L. Linares
United States District Judge